FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 09 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: NYOKA LEE and TALALA MSHUJA. <br><br> NYOKA LEE, a/k/a Seal 2, and TALALA MSHUJA, a/k/a Seal 3, <br><br>            Petitioners, <br><br>    v. <br><br> UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES, <br><br>            Respondent, <br><br> CORINTHIAN COLLEGES, a/k/a Seal A; et al., <br><br>            Real Parties in Interest. | No. 13-71796 <br><br> D.C. No. 2:07-cv-01984-PSG-MAN <br> Central District of California, Los Angeles <br><br><br> ORDER |

Before: KOZINSKI, Chief Judge, CANBY and TALLMAN, Circuit Judges.

On June 6, 2013, the district court granted the motion for attorneys' fees and sanctions, and on June 17, 2013, the district court entered an amended judgment. Accordingly, the petition for writ of mandamus, filed May 22, 2013, is denied as moot.

AT/MOATT

The supplemental petition, filed June 24, 2013, seeks a stay of execution of the district court's sanctions order. Such a request may be properly brought in appeal No. 13-56121 once the request for a stay pending appeal has first been presented to the district court. *See* Fed. R. App. P. 8.

All other relief requested in the supplemental petition is denied.

**DENIED.**